UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Loren Nicholas Kleier # 149591 | Case No. 18-mc-80135-JD<br><br>**ORDER OF SUSPENSION** |

Because Loren Nicholas Kleier has failed to respond to the Order to Show Cause, Loren Nicholas Kleier's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: January 7, 2019

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No. 18-mc-80135-JD |
|---|---|
| Loren Nicholas Kleier # 149591 | **CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/7/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Loren Nicholas Kleier
PO Box 60177
Bakersfield, CA 93386

Dated: 1/7/2019

                                                  Susan Y. Soong
                                                  Clerk, United States District Court

                                                  By: *Lisa R. Clark*
                                                  _____
                                                  Lisa R. Clark, Deputy Clerk to the
                                                  Honorable   James Donato